■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NESTA RENDON, Appellant. [618 NYS2d 554] —Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Goldstein, J.), imposed June 7, 1993.

Ordered that the sentence is affirmed.

We find that the defendant's purported waiver of the right to appeal his sentence is not valid (see, People v Pressley, 202 AD2d 695; People v Markland, 183 AD2d 788; see generally, People v DeSimone, 80 NY2d 273, 282-283).

We have examined the defendant's contention that his sentence is excessive and find it to be without merit (see, People v Kazepis, 101 AD2d 816). Mangano, P. J., Thompson, Sullivan, O'Brien and Hart, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY RICHARDS, Appellant. [618 NYS2d 558] —Appeal by the defendant from a judgment of the County Court, Westchester County (Scarpino, J.), rendered September 2, 1993, convicting him of burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Thompson, J. P., Miller, O'Brien, Santucci and Joy, JJ., concur.